**Order filed May 28, 2015**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00237-CR

———————

**DEVANE BERNARD SALTERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 405TH District Court**
**Galveston County, Texas**
**Trial Court Cause No. 13CR0588**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 12, a video.**

The clerk of the 405TH District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 12, a video, on or before **June 8, 2015.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 12 to the clerk of the 405TH District Court.

PER CURIAM